**UNITED STATES DISTRICT COURT**        **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| ROY T. JEWELL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:26-CV-88 |
| | § | |
| CORRHEALTH, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING THE MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Roy T. Jewell, proceeding *pro se*, filed this civil rights action pursuant to 42

U.S.C. § 1983 against Corrhealth, C. Flitcraft, K. King, and Angie Bragg.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate

Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.

On April 27, 2026, the magistrate judge recommended dismissing the action without prejudice for

want of prosecution.  Proper notice was sent to Plaintiff at his last known address.  *See* FED. R.

CIV. P. 5(b)(2)(C).  To date, the parties have not filed objections to the magistrate judge's Report

and Recommendation.

The court received and considered the Report and Recommendation of United States

Magistrate Judge pursuant to such referral, along with the record, pleadings and all available

evidence.  After careful review, the court finds that the findings of fact and conclusions of law of

the United States Magistrate Judge are correct.

Accordingly, the findings of fact and conclusions of law of the magistrate judge are

correct, and the Report and Recommendation of United States Magistrate Judge (#5) is

**ADOPTED**.   A final judgment will be entered in accordance with the magistrate judge's recommendation.

SIGNED at Beaumont, Texas, this 3rd day of June, 2026.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE